# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**JERRY TICE,**

        **Petitioner,**

**v.**                                           **CIV 06-0233 JH/LAM**

**JOE WILLIAMS, et al.,**

        **Respondents.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (DOC. 27)

On January 26, 2007, the Magistrate Judge assigned to this case filed her *Proposed Findings and Recommended Disposition (Doc. 27)* recommending that Petitioner's *Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1)* be denied and this case be dismissed without prejudice.  No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed.[1]  The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 27)*, grant Respondents' *Motion to Dismiss (Doc. 21)*, and dismiss Petitioner's *Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1)* and this case without prejudice by a final order entered concurrently with this order.

        **IT IS THEREFORE ORDERED** that the Court adopts the *Proposed Findings and Recommended Disposition (Doc. 27)*;

---

[1]On February 8, 2007, Petitioner's copy of the *Proposed Findings and Recommended Disposition (Doc. 27)*, which was mailed to his address of record, was returned as undeliverable. *See Doc. 28.*  The Court asked the clerk's office to send another copy of the *Proposed Findings and Recommended Disposition* to Petitioner at an address provided by Defendants *(see Supplemental Answer and Exhibits, Doc. 23),* thereby allowing Petitioner additional time in which to file objections.

**IT IS FURTHER ORDERED** that Respondents' *Motion to Dismiss (Doc. 21)* is **GRANTED.**

A final order dismissing without prejudice Petitioner's *Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1)* and this case will be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**JUDITH C. HERRERA**
**UNITED STATES DISTRICT JUDGE**